**Janice Wolk GRENADIER,**
**Plaintiff–Appellant,**

v.

**UNITED STATES OF AMERICA (USA), as public servants, individually and in their official capacity as an officer of the court; Commonwealth of Virginia (VA), as public servants, individually and in their official capacity as an officer of the court; City of Alexandria (COA), as public servants, individually and in their official ca-**

pacity as an officer of the court; Grenadier Starce Duffett Kieser & Levi PC, as public servants, individually and in their official capacity as an officer of the court; Dimuroginsberg PC, as public servants, individually and in their official capacity as an officer of the court; Michael Wieser Esq., as public servants, individually and in their official capacity as an officer of the court; Reed Smith, as public servants, individually and in their official capacity as an officer of the court; Rich Rosenthal Brinefield Manitta Dzubin & Kroger LLP, as public servants, individually and in their official capacity as an officer of the court; BWW Law Group, as public servants, individually and in their official capacity as an officer of the court; Troutman Sanders, a/k/a Mays & Valentine, as public servants, individually and in their official capacity as an officer of the court; Parker, Simon, Kokolis, LLC, as public servants, individually and in their official capacity as an officer of the court; Keller Heckman, as public servants, individually and in their official capacity as an officer of the court; Virginia State Bar, as public servants, individually and in their official capacity as an officer of the court; Neil Gurvitch Esq., Wecheler, Selzer & Gurvitch, Charted, as public servants, individually and in their official capacity as an officer of the court; Ilona Grenadier Heckman, as public servants, individually and in their official capacity as an officer of the court; David Mark Grenadier, as public servants, individually and in their official capacity as an officer of the court; Erika Ely Lewis, as public servants, individually and in their official capacity as an officer of the court; John DOE, as public servants, individually and in their official capacity as an officer of the court; Jane DOE, as public servants, individually and in their official capacity as an officer of the court, Defendants–Appellees.

No. 16-1022

United States Court of Appeals, Fourth Circuit.

Submitted: September 13, 2016

Decided: September 16, 2016

Janice Wolk Grenadier, Appellant Pro Se.

Before TRAXLER, AGEE, and THACKER, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Janice Wolk Grenadier appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Grenadier v. United States, No. 1:15–cv–01497–GBL–IDD (E.D. Va. Dec. 18, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED